IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| MAURICE BERTRAND | : | NO. 19-525 |

ORDER

AND NOW, this 13th day of July, 2022, for the reasons stated in the foregoing memorandum, it is hereby ORDERED that:

(1) The motion of defendant to suppress physical evidence (Doc. #42) is DENIED.

(2) The motion of defendant to suppress statement (Doc. #42) is DENIED as moot.

BY THE COURT:

/s/ Harvey Bartle III
_____
                          J.