```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | |
| MAURICE BERTRAND | : | NO. 19-525 |

## ORDER

AND NOW, this 20th day of December, 2022, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant Maurice Bertrand for bail pending appeal is DENIED.

                                    BY THE COURT:

                                    /s/ Harvey Bartle III
                                    _____
                                                              J.